IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK BRENE KIRCH,

    Petitioner,                    No. CIV-S-02-0495 GEB KJM P

    vs.

MATHEW C. KRAMER,

    Respondent.                 ORDER

_____/

       Respondent has requested an extension of time to file a response to petitioner's April 19, 2005 supplemental brief.  Good cause appearing, IT IS HEREBY ORDERED that:

       1. Respondent's May 10, 2005 request for an extension of time is granted; and

       2. Respondent's May 10, 2005 response to petitioner's April 19, 2005 supplemental brief is deemed timely.  Petitioner's reply shall be filed within ten days.

DATED: May 16, 2005.

                                                            UNITED STATES MAGISTRATE JUDGE

1
kirc0495.111