IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK BRENE KIRCH,

    Petitioner,                   2:02-cv-0495-GEB-KJM-P

  vs.

M.C. KRAMER, Warden,

    Respondent.               ORDER

_____/

       Petitioner, a state prisoner proceeding with counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On August 16, 2005, the magistrate judge filed amended findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the amended findings and recommendations were to be

1

1 filed within ten days.  Petitioner has filed objections to the
2 amended findings and recommendations.
3          In accordance with the provisions of 28 U.S.C.
4 § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
5 <u>de novo</u> review of this case.  Having carefully reviewed the
6 entire file, the court finds the amended findings and
7 recommendations to be supported by the record and by proper
8 analysis.
9          Accordingly, IT IS HEREBY ORDERED that:
10         1.  The amended findings and recommendations filed
11 August 16, 2005, are adopted in full; and
12         2.  Petitioner's application for a writ of habeas
13 corpus is denied.
14 Dated:  September 16, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2